IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH D. GRAY, | ) | 4:08CV3107 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WYUKA CEMETERY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that any portion of the defendant's motion to dismiss (filing 4) that was left undecided by the court's memorandum and order entered on July 10, 2008 (filing 10), is hereby denied without prejudice, as moot.

September 11, 2008.            BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge