```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| KENNETH D. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3107 |
| | ) | |
| v. | ) | |
| | ) | |
| WYUKA CEMETERY and | ) | ORDER |
| MICHAEL L TEFFT, | ) | |
| Individually, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court sua sponte.  On June 16, 2008, ([filing 8](filing 8)) the court informed the parties by letter of their obligation to meet and confer pursuant to [Fed. R. Civ. P. 26(f)](Fed. R. Civ. P. 26(f)) and to file a written report of their meeting.  No such report has been received by the court.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with [Fed. R. Civ. P. 26(f)](Fed. R. Civ. P. 26(f)) on or before October 8, 2008, or show cause why sanctions should not be imposed upon them in accordance with [Fed. R. Civ. P. 16(f) and 37(g)](Fed. R. Civ. P. 16(f) and 37(g)).

DATED this 23rd day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge