IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
KENNETH D. GRAY,              )
                             )
            Plaintiff,       )          4:08CV3107
                             )
      v.                     )
                             )
WYUKA CEMETERY and           )          ORDER
MICHAEL L TEFFT,             )
Individually,                )
                             )
            Defendants.      )
```

IT IS ORDERED:

The motion of defendant Michael L. Tefft to file amended answer and affirmative defenses, filing no. 31, is granted, and

1.  The amended answer shall be filed forthwith.

2.  Defendant is given to January 5, 2009 to file a motion to dismiss or for summary judgment.

DATED this 19th day of December, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge