```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

KENNETH D. GRAY,              )
                              )
            Plaintiff,        )         4:08CV3107
                              )
      v.                      )
                              )
WYUKA CEMETERY and            )         ORDER
MICHAEL L. TEFFT,             )
Individually,                 )
                              )
            Defendants.       )

The parties have advised the court that they are in the process of preparing for a mediation and request a stay pending the finalization of mediation plans.

IT THEREFORE HEREBY IS ORDERED,

The request is granted and this case is stayed pending mediation. The parties shall advise the court on or before April 17, 2009 of the name of the mediator selected, at which time the court will enter its standard mediation order.

DATED this 7th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge