IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH D. GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3107 |
| | ) | |
| V. | ) | |
| | ) | |
| WYUKA CEMETERY, and | ) | **JUDGMENT** |
| MICHAEL L TEFFT, Individually, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the parties' joint stipulation for dismissal with prejudice (filing 42) and Fed. R. Civ. P. 41,

IT IS ORDERED that the above-captioned case is dismissed with prejudice, with each party to pay his or its own costs.

July 10, 2009.

BY THE COURT:
s/*Richard G. Kopf*
United States District Judge